IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JOSE MISAEL GARFIAS-GARCIA,
MELCHOR MUNOZ,
XAVIER PENA-CINTRON,
MIGUEL ANGEL MORENO-ORTEGA,
NOE VASQUEZ,
JOSE LUIS ACOSTA-PATINO,
ROBERT DANTE JONES,
TONY O'NEAL,
JAMIE JONES,
TORBIN NEAL DYKES,
LUIS BARRANTES,
and
LISSETTE A. PENA

SUPERSEDING
INDICTMENT
CASE NO. 4:11cr37-RH

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about January 1, 2010, and on or about May 30, 2011, in the Northern

District of Florida and elsewhere, the defendants,

JOSE MISAEL GARFIAS-GARCIA,
MELCHOR MUNOZ,
XAVIER PENA-CINTRON,
MIGUEL ANGEL MORENO-ORTEGA,
NOE VASQUEZ,
JOSE LUIS ACOSTA-PATINO,
ROBERT DANTE JONES,
TONY O'NEAL,
JAMIE JONES,

Filed0705'11UsDcFln4PN0350

**TORBIN NEAL DYKES,**
**LUIS BARRANTES,**
**and**
**LISSETTE A. PENA,**

did knowingly and willfully combine, conspire, confederate, and agree together and with

other persons to distribute and possess with intent to distribute controlled substances, in

violation of Title 21, United States Code, Section 841(a)(1), and this offense involved five

(5) kilograms or more of a mixture and substance containing a detectable amount of cocaine

and one hundred (100) kilograms or more of a mixture and substance containing a detectable

amount of marijuana, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii)

and 841(b)(1)(7)(vii).

All in violation of Title 21, United States Code, Section 846.

### CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of

Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One of this Indictment,

punishable by imprisonment for more than one year, the defendants,

**JOSE MISAEL GARFIAS-GARCIA,**
**MELCHOR MUNOZ,**
**XAVIER PENA-CINTRON,**
**MIGUEL ANGEL MORENO-ORTEGA,**
**NOE VASQUEZ,**
**JOSE LUIS ACOSTA-PATINO,**
**ROBERT DANTE JONES,**
**TONY O'NEAL,**

**JAMIE JONES,**
**TORBIN NEAL DYKES,**
**LUIS BARRANTES,**
**and**
**LISSETTE A. PENA,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

     A.     Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violation including, but not limited to, approximately $54,832.00 in U.S. currency; and

     B.     Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations, including, but not limited to:

     a. 2006 Honda Ridgeline, VIN 2HJYK165X6H546617;

     b. 2007 Ford F-150, VIN 1FTRW12WX7FA96644;

     c. 2001 Toyota Tacoma, VIN 5TESN92N01Z724327;

     d. 2000 Ford F-350, VIN:1FDWE35L0YHA89075;

     e. 2006 Dodge Magnum,VIN:2D4FV57T86H207407; and

     f. 2006 Honda Accord, VIN 1HGCM65826A0284682006.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

     i.     cannot be located upon the exercise of due diligence;

     ii.     has been transferred or sold to, or deposited with, a third person;

3

iii.    has been placed beyond the jurisdiction of this Court;

iv.    has been substantially diminished in value; or

v.    has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL;

REDACTED

FOREPERSON

7-5-2011

DATE

PAMELA C. MARSH
United States Attorney

MICHAEL T. SIMPSON
Assistant United States Attorney

4